UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
==================================================x
ROGER CREARY,

                                    Plaintiff,            **STIPULATION AND
                                                         ORDER OF VOLUNTARY
                                                         DISMISSAL**

    -against-                                       CV-10-2442 (JFB)(ARL)


COUNTY OF SUFFOLK, DEPARTMENT OF
CORRECTIONS, SUFFOLK COUNTY POLICE
DEPARTMENT and SERGEANT MICHAEL
McDOWELL,

                                    Defendants.
==================================================x

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel

for the respective parties hereto, that the above-captioned action be, and the same hereby is

voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys'

fees to any party, and,

        **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be so

ordered via endorsement hereon without further notice to any party.


_____              _____
DENNIS M. BROWN                        Nussin Shamuel Fogel, Esq.
SUFFOLK COUNTY ATTORNEY                299 Broadway
H. Lee Dennison Building               Suite 620
100 Veterans Memorial Highway          New York, NY 10007
P.O. Box 6100
Hauppauge, New York 11788
By: Brian C. Mitchell
Assistant County Attorney


                        **SO ORDERED:**

                **Dated: Central Islip, New York
                        _____, 2013**


                _____
                **JOSEPH F. BIANCO U.S.D.J.**